AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF EDUCATION,  )<br>        Appellant,  )<br>  )<br>v.  )<br>  )<br>RADOJE ALLYN VUJOVIC,  )<br>        Appellee.  )  | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-295-F** |
| UNITED STATES OF AMERICA,  )<br>        Appellant,  )<br>  )<br>v.  )<br>  )<br>RADOJE ALLYN VUJOVIC,  )<br>       Appellee.  ) | **CASE NO. 5:08-CV-436-F** |
| UNITED STATES OF AMERICA,  )<br>        Appellant,  )<br>  )<br>v.  )<br>  )<br>RADOJE ALLYN VUJOVIC,  )<br>       Appellee.  ) | **CASE NO. 5:08-CV-439-F** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the court hereby ALLOWS the United States' Motion for Leave to Appeal and GRANTS leave to appeal the injunction and all other issues decided by the Bankrputcy Court in its June 3, 2008 Memorandum Opinion and Order and its July 25, 2008 Order Determining Conditions of Injunction. The United States' Motion for Docketing of Appeal is hereby ALLOWED.

     FURTHER, the court hereby VACATES the injunction against the United States Department of Education and TERI from collecting the student loan obligations against the debtor Vujovic and the conditions of said injunction and REVERSES the Bankruptcy Court's preliminary denial of the debtor's request for discharge of his student loan obligations. The court AFFIRMS AND ADOPTS the Bankruptcy Court's finding in its June 3, 2008 Memorandum Opinion and Order that the debtor has not established that his students loans are dischargeable. Because Mr. Vujovic cannot prevail and further proceedings in the Bankrputcy Court on the dischargeability question would serve no real purpose, this court HOLDS that Mr. Vujovic's student loans held by the Department of Education and TERI are not dischargeable.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 11, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| S. Katherine Burnette<br>U.S. Attorney's Office<br>310 New Bern Avenue, Room 800<br>Raleigh, NC 27601 | Radoje Allyn Vujovic<br>P.O. Box 424<br>Collettsville, NC 28611 |
| William E. Brewer, Jr.<br>619 N. Person Street<br>Raleigh, NC 27604 | Benjamin A. Kahn<br>P.O. Box 3463<br>Greensboro, NC 27402 |

August 11, 2009
Date

*Wilmington, North Carolina*

DENNIS P. IAVARONE
Clerk of Court

 /s/ Susan K. Edwards
*(By) Deputy Clerkj*